No. 999. CRESCENT MILLING COMPANY, PETITIONER, *v.* THE H. N. STRAIT MANUFACTURING COMPANY. May 22,

